# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** JOSE J CORTES CARTAGENA & LUZ M SANCHEZ RIVERA
**Case Number:** 08-01065-GAC13  **Chapter:** 13
**Date / Time / Room:** TUESDAY, SEPTEMBER 09, 2008 08:30 AM  COURTROOM 3
**Bankruptcy Judge:** GERARDO A CARLO
**Courtroom Clerk:** AIDA MACHARGO
**Reporter / ECR:** N/A

## Matter:

MOTION FOR RELIEF FROM STAY UNDER 362 BY DORAL BANK (#19) / DEBTOR'S ANSWER (#24)
R / M #: 0 / 0

*[Handwritten:]* Debtor provided $2,200 on hearing date. Debtor will pay $1,401.32/100 on or before Sept. 30, 2008, and then finish paying the remaining arrears ($2,500.88/100) on or before Oct. 31, 2008.

## Appearances:

___ Movant  ___ Respondent's attorney  ___ Trustee  ___ Debtor(s)

## Proceedings:

DISPOSITION:

___ Upon respondent(s)' failure to oppose and to appear at the hearing scheduled for this date, the instant motion is granted and the stay is hereby lifted in favor of movant  Separate order to be entered.

ORDERS:
___ Parties agreed to: ___ days to ___ cure arrears or ___ file a stipulation or joint motion for consent judgment or stay is lifted automatically.

___ A Final Hearing will be scheduled for: _____

X_____  X_____

___ Upon debtor's consent, the instant motion is granted and the stay is hereby lifted in favor of movant

___ Movant's application to withdraw the motion to lift stay is granted

___ Debtor shall show cause within twenty (20) days why the case should not be dismissed for Failure to make current payments to the Chapter 13 Trustee.

___ 30-day determination period waived.

NOTES:

/s/ GERARDO A. CARLO
Chief, U. S. Bankruptcy Judge