UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 08-01065 GAC |
| JOSE J. CORTES CARTAGENA<br>LUZ M. SANCHEZ RIVERA<br>Debtor(s) | * | CHAPTER 13 |
| DAIMLER CHRYSLER FINANCIAL<br>SERVICES AMERICAS, LLC<br>Movant | * | INDEX |
| VS. | * | |
| JOSE J. CORTES CARTAGENA<br>LUZ M. SANCHEZ RIVERA<br>RespondentS | * | |
| ALEJANDRO OLIVERAS RIVERA<br>Trustee | * | |

## ANSWER TO MOTION FOR RELIEF OF STAY
## UNDER 11 USC § 362

TO THE HONORABLE COURT:

COMES NOW Debtor (s) through its undersigned Counsel and respectfully state, alleges and prays as follows:

1. The creditor Daimler Chrysler Financial Services Americas, LLC, filed a motion for relief of stay.

2. Debtor has no opposition to lift of stay in favor of Daimler Chrysler Financial Services Americas, LLC, the vehicle was surrender to movant.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice and grant this motion.

In San Juan, Puerto Rico this 17 of November of 2008.

I HEREBY CERTIFY: That on this same date I electronically filed with Clerk of the Court in the CM/ECF System which send notification to the following: Alejandro Oliveras Rivera, aorecf@ch13sju.com, Antonio A. Arias-Larcada, aaa@mcvpr.com and Monique J. Diaz Mayoral, mjd@mcvpr.com.

> FRANCISCO J. RAMOS & ASOCIADOS; C.S.P.
> FRANCISCO J. RAMOS GONZALEZ, ESQ. - USDC PR 203611
> P O BOX 191993
> San Juan, PR 00919-1993
> TELS. (787) 764-5134/ FAX: (787) 758-5087
> Email: fjramos@coqui.net
>
> /s/Francisco J. Ramos González