IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| JOSE J CORTES CARTAGENA<br>LUZ M SANCHEZ RIVERA | CASE NO. 08-01065 GAC<br>Chapter 13 |
| Debtor(s) | INDEX |
| DAIMLERCHRYSLER FINANCIAL SERVICES<br>AMERICAS LLC | |
| Movant | |
| JOSE J CORTES CARTAGENA<br>LUZ M SANCHEZ RIVERA<br>ALEJANDRO OLIVERAS RIVERA ,TRUSTEE | FILED & ENTERED ON 11/20/2008 |
| Respondent(s) | |

## ORDER

Upon debtor's consent (see answer, docket #43 ) the motion for relief of stay filed by DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 20 day of November, 2008.

Gerardo A. Carlo Altieri
U.S. Bankruptcy Judge

Cc: DEBTOR(S)
     FRANCISCO J RAMOS GONZALEZ
     ALEJANDRO OLIVERAS RIVERA
     DAIMLERCHRYSLER FINANCIAL SERVICES