IN THE UNITED STATES BANKTUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:
**JOSE J. CORTES CARTAGENA**
**LUZ M. SANCHEZ RIVERA**

**Debtor(s)**

Case no. 08-01065 (ESL)

Chapter 13

## MOTION TO WITHDRAW CLAIM NO. 7

**TO THIS HONORABLE COURT:**

**COMES NOW**, Creditor, Doral Bank, Inc. (hereafter referred to as "Doral"), through the undersigned legal representation, and very respectfully **STATES, ALLEGES AND PRAYS** as follows:

1. On March 26, 2008, Doral filed a secured claim number **7** regarding mortgage loan **xxxx3452**. *See*, Claim No. 7.

2. Debtors proceeded to pay the claims in full on February 2, 2010.

**WHEREFORE** the appearing party respectfully requests that this Honorable Court takes notice of the foregoing facts and, consequently, **WITHDRAW CLAIM NO. 7**.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 4th day of February, 2010.

**WE HEREBY CERTIFY** that on this day we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all appearing parties in the above captioned bankruptcy proceeding.

*Counsel for Creditor-Doral Bank, Inc.:*
Doral Bank-Bankruptcy Division
P.O. Box 70308
San Juan, Puerto Rico 00936-8308
Tel. (787) 474-6667
Fax (787) 625-1252
*/s/Nayeli Díaz Febles*
**NAYELI DIAZ FEBLES**
USDC-PR No. 223403
E-mail: quiebras@doralbank.com

1